UNITED STATES of America,
Plaintiff–Appellee,

v.

German Munoz CANOLA, a.k.a.
German Munoz, Defendant–
Appellant.

No. 05–15950
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 2, 2006.

H. Kyle Fletcher, Oviedo, FL, for De-fendant–Appellant.

Sandra Woodall Deisler, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before MARCUS, WILSON and HILL, Circuit Judges.

BY THE COURT:

H. Kyle Fletcher, appointed counsel for German Munoz Canola in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Canola's conviction and sentence are **AF-FIRMED**.